IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GINGER DAYTON, an individual,  )
        Plaintiff,  )
        )
v.  )  CASE NO. CV-07-599-MEF
        )
J. B. HUNT TRANSPORT, INC., et al.,  )
        Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW J. B. Hunt Transports, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| J. B. Hunt Transport Services, Inc. | Parent company of J. B. Hunt Transport, Inc. |

7/2/2007
Date

(Signature)
Christopher S. Rodgers
(Counsel's Name)

J. B. Hunt Transport, Inc., and Steven Chad Taggart
Counsel for (print names of all parties)

Huie, Fernambucq & Stewart, LLP, 3 Protective Center, Suite 200,
2801 Highway 280 South, Birmingham, Alabama 35223
Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, Christopher S. Rodgers, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of July 2007, to:

Richard F. Horsley, Esq.

GOOZEE, KING & HORSLEY

1 Metroplex Drive, Suite 280

Birmingham, AL 35209

7/2/2007
Date

Signature