IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J. B. HUNT TRANSPORT, INC., a business )<br>or corporation; STEVEN CHAD TAGGART )<br>an individual, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>CV-07-599-MEF |

### REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on July 20, 2007 and was attended by: Richard F. Horsley, on behalf of the Plaintiff; and Christopher S. Rodgers on behalf of the Defendants, J. B. Hunt Transport, Inc., and Steven Chad Taggart.

2. **PRE-DISCOVERY DISCLOSURES**

The parties will exchange by **August 20, 2007**, the information required by Federal Rules of Civil Procedure 26(a)(1).

3. **DISCOVERY PLAN**

The parties jointly proposed to the Court the following discovery plan:

A. Discovery will be needed on the following subjects:

(1) Plaintiff will need discovery on accident facts, driver history and employment, and damages.

(2) Defendant will need discovery on medical history, accident facts and damages.

01151027.1/1343-0069

  B. All discovery will be commenced in time to be completed on or before **April 30, 2008**.

  C. The parties agree to a maximum of forty-five (45) Interrogatories with Responses due within thirty (30) days after service.

  D. The parties agree to a maximum of twenty (20) Requests for Admissions.

  E. The parties have agreed to a maximum of ten (10) depositions by the Plaintiff and a maximum of fifteen (15) depositions by the Defendant, except for good cause shown.

  F. The parties agree that the Plaintiff will provide complete Rule 26(a)(2) information from all experts on or before **December 1, 2007**. Experts for the Plaintiff will be made available for depositions on or before **January 15, 2008**.

  G. The parties agree that the Defendant will provide complete Rule 26(a)(2) information from all experts on or before **February 15, 2008**. Experts for the Defendant will be made available for deposition on or before **March 31, 2008**.

  H. Supplementation under Rule 26(e) due by the Plaintiff on **April 15, 2008**, the Defendant on **April 30, 2008**.

4. **OTHER ITEMS - SCHEDULING ORDER**

  A. The parties do not request a conference with the Court before the entry of the Scheduling Order.

  B. The parties request a Pretrial Conference in **May 2008**.

  C. **October 1, 2007**, is designated as the last day for the Plaintiff to join any Defendants or to amend the pleadings.

  D. **October 15, 2007**, is designated as the last day for the Defendant to join any

parties or to amend the pleadings.

    E.    All potentially Dispositive Motions should be filed by **April 10, 2008**.

    F.    The parties have agreed that settlement cannot be evaluated prior to medical discovery.

    G.    Final list of witnesses and exhibits under Rule 26(a)(3) should be due from the Plaintiff by twenty-one (21) days prior to the trial date.

    H.    Final list of witnesses and exhibits under Rule 26(a)(3) should be due from the Defendants by fourteen (14) days prior to the trial date.

    I.    The parties shall have seven (7) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.    The parties agree that this case will be trial ready by **June 1, 2008**. The expected trial time is three (3) days.

Done this  26th   day of  July , 2007.

                                                        Respectfully submitted,

                                                        \s\ Christopher S. Rodgers
                                                        Christopher S. Rodgers (ROD008)
                                                        Attorney for Defendants,
                                                        **J. B. HUNT TRANSPORT, INC., and**
                                                        **STEVEN CHAD TAGGART**

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

01151027.1/1343-0069

        \s\ Richard F. Horsley
        Richard F. Horsley
        Attorney for Plaintiff

**OF COUNSEL**:
GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209

01151027.1/1343-0069