IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:07-cv-599-MEF |
| v. ) | |
| ) | |
| J. B. HUNT TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>PROTECTIVE ORDER</u>**

Counsel for all parties are hereby granted the right, upon compliance with the applicable provisions of the Alabama Rules of Civil Procedure, to obtain from all health care providers and health plans all information relating to the past, present, or future physical condition of any individual who is a party to the case (or, the decedent of a party), as well as all information relating to the provision of health care to such individual and payment for the provision of such health care. This Protective Order is intended to help the parties and third parties who receive subpoenas from the parties comply with the requirements of the federal HIPAA Privacy Rules, 45 C.F.R. § 164.512 (3), AS A "QUALIFIED PROTECTIVE ORDER" UNDER THAT REGULATION. This Protective Order expressly authorizes disclosure of "Protected Health Information" as defined in the Privacy Rules by the parties and third parties to counsel for the parties, subject to timely objection to the notice provision of ARCP 34. The Parties and counsel for the Parties may use and disclose such information

for the purpose of this proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

    DONE this 30th day of July, 2007.

                                      /s/Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE