STRICKEN FROM THE RECORD

DOCKETED IN THE INCORRECT CASE.

PARTIES SHOULD DISREGARD.