IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GINGER DAYTON, an individual; | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: |
| | ) | 3:07CV599-MEF |
| STEVEN CHAD TAGGART, et al.; | ) | |
| | ) | |
|     Defendants. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Ginger Dayton, a Plaintiff in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☒    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____    _____
_____    _____
_____    _____
_____    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| 11/30/2007 | /s/ Richard F. Horsley |
| Date | Richard F. Horsley |
| | *(Counsel's Name)* |
| | Ginger Dayton |
| | *Counsel for (print names of all parties)* |
| | Ginger Dayton |
| | c/o Richard F. Horsley |
| | King, Horsley & Lyons |
| | 1 Metroplex Drive, Suite 280 |
| | Birmingham, Alabama 35209 |
| | *Address, City, State and Zip Code* |
| | (205) 871-1310 |
| | Telephone Number |

**CERTIFICATE OF SERVICE**

I, Richard F. Horsley, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November, 2007, to:

**Christopher Rogers**
**Huie, Fernambucq & Stewart**
**Three Protective Center, Suite 200**
**2801 Hwy 280 South**
**Birmingham, Alabama 35223-2484**

/s/ Richard F. Horsley
OF COUNSEL