IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GINGER DAYTON, an individual,

    Plaintiff,

v.    CASE NO. 3:07 CV 599-MEF

STEVEN CHAD TAGGART, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW STEVEN CHAD TAGGART, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/3/2007
Date

/S/ Christopher S. Rodgers
(Signature)

Christopher S. Rodger
(Counsel's Name)

Steven Chad Taggart and J. B. Hunt Transport, Inc.
Counsel for (print names of all parties)

Huie, Fernambucq & Stewart, LLP, Three Protective Center
2801 Highway 280 South, Birmingham, AL 35223
Address, City, State Zip Code

(205) 251-1193
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Christopher S. Rodgers, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of December, 20 07, to:

Richard F. Horsley, Esq.

King, Horsley & Lyons

1 Metroplex Drive, Suite 280

Birmingham, Alabama 35209


12/3/2007
Date

/s/ Christopher S. Rodgers
Signature