### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **GINGER DAYTON, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | **CV-07-599-MEF** |
| **J. B. HUNT TRANSPORT, INC.,** a business ) | |
| or corporation; **STEVEN CHAD TAGGART** ) | |
| an individual, et al., ) | |
| ) | |
| **Defendants.** ) | |

### STATEMENT OF COMPLIANCE WITH COURT ORDER

COMES NOW the Parties, Plaintiff and Defendants and certify to the Court that they have conducted a face-to-face settlement negotiation and a mediation in compliance with the Court's Order and were unable to reach a settlement in this case.

        Respectfully submitted,

        \s\ Christopher S. Rodgers
        Christopher S. Rodgers (ROD008)
        Attorney for Defendants,
        **J. B. HUNT TRANSPORT, INC., and**
        **STEVEN CHAD TAGGART**

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

01151027.1/1343-0069

      \s\ Richard F. Horsley
Richard F. Horsley
Attorney for Plaintiff

**OF COUNSEL**:
GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209

01151027.1/1343-0069