IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV-07-599-MEF |
| J. B. HUNT TRANSPORT, INC., a business ) | |
| or corporation; STEVEN CHAD TAGGART ) | |
| an individual, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Comes now S. A. Bradley Baker, III, of the firm of Huie, Fernambucq & Stewart, LLP, and hereby files this Notice of Appearance as additional counsel of record on behalf of the following Defendant(s): J. B. Hunt Transport, Inc.

Respectfully submitted,

\s\ S. A. Bradley Baker, III
S. A. Bradley Baker, III

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
3 Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

Attorneys for the Defendant,
**J. B. HUNT TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

\s\ S. A. Bradley Baker, III
Of Counsel

**COUNSEL OF RECORD**:
Richard F. Horsley, Esq.
GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209