IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 3:07CV599-MEF |
| STEVEN CHAD TAGGART, et al.; ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONTINUE PRE-TRIAL**

**COMES NOW** the undersigned counsel of record for the Plaintiff in the above styled cause of action and respectfully request a continuance of the pre-trial currently scheduled for July 10, 2008 at 9:30 a.m.  As grounds Plaintiff's counsel shows unto the Court as follows:

1. Plaintiff's counsel has a previously scheduled vacation out of state for the entire week of July 7, 2008.

2. Defense counsel has notified Plaintiff's counsel that he has no opposition to a continuance of the pre-trial; however, he will be out of the state from July 12th - July 19th and respectfully request that the pre-trial be scheduled outside of those dates.

3. Defense counsel does not oppose this Motion.

Respectfully submitted,

/s/ Richard F. Horsley
**Richard F. Horsley    HOR023**
**Attorney for Plaintiff**

**OF COUNSEL:**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____ I hereby certify that I have served a copy of the above and foregoing Motion on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 13th day of June, 2008.

**Christopher Rogers, Esquire**
**Huie, Fernambucq & Stewart**
**Three Protective Center, Suite 200**
**2801 Hwy 280 South**
**Birmingham, Alabama 35223-2484**

                                          **/s/ Richard F. Horsley**
                                          **OF COUNSEL**