IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON,    ) | |
|     ) | |
|    Plaintiff,    ) | |
| v.    ) | CASE NO. 3:07-cv-599-MEF |
|     ) | |
| J.B. HUNT TRANSPORT, INC., *et al.,*    ) | |
|     ) | |
|    Defendants.    ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Continue Pretrial (Doc. #19) filed on June 13, 2008, it is hereby

ORDERED that the motion is GRANTED. The pretrial conference scheduled for July 10, 2008 is continued to July 21, 2008 at 9:00 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 16th day of June, 2008.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE