IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 3:07CV599-MEF |
| STEVEN CHAD TAGGART, et al.; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT J. B. HUNT'S WITNESS AND EXHIBIT DISCLOSURE**

**COMES** NOW the Defendant, J. B. Hunt, and submits the following list of witnesses and exhibits for the trial in the above styled cause of action:

1. Ginger Dayton
   452 Outback Road
   Clayton, Alabama 36016

2. Annie Kimber
   364 Old Troy Road
   Midway, Alabama 36053

3. Steven Chad Taggart
   5627 Price Lane
   Early, Texas 76802

4. Corporate Representative for J.B. Hunt
   PO Box 598
   Lowell, Arkansas 72745

5. John W. McKinney, III, CVE
   2302 Covemont Drive Southeast
   Huntsville, Alabama 35801

6. Dr. David Herrick
   P.O. Box 241348
   Montgomery, Alabama 36124

7. Dr. Tarek Nessouli
   825 West Washington Street
   Eufaula, Alabama 36027

8. Dr. Michael Davis
   P.O. Box 235003
   Montgomery, Alabama 36123

9. Dr. Larry W. Epperson
   722 Pine Street, Suite 700
   Montgomery, Alabama 36106-1100

10. Dr. Jesse Lii Haggerty, MD, PHD
    820 West Washington Street
    Eufaula, Alabama 36027

11. Dr. Wesley Marner
    130 North Randolph Avenue
    Eufaula, Alabama 36027

12. Wanda Marner, RN, PCM
    64 County Road 47
    Eufaula, Alabama 36027

13. Cyndi Jackson
    VistaCare
    3615 S. Railroad St., Ste. 3
    Phenix City, AL 36867

14. Diane Bush
    Vista Care
    3615 S. Railroad St., Ste. 3
    Phenix City, AL 36867

15. Tanya Smith, RN, PCM
    Vista Care
    3615 S. Railroad St., Ste. 3
    Phenix City, AL 36867

16. Representative for Covenant Rehabilitation
    515 State Docks Road
    Eufaula, Alabama 36027

17. Representative for Jackson Hospital
    1725 Pine Street
    Montgomery, Alabama 36106

18. Representative for Lakeview Community Hospital
    820 West Washington Street
    Eufaula, Alabama 36027

19. Representative for Southern Bone & Joint
    4300 West Main Street Suite 14
    Dothan, Alabama 36305

20. Representative for Jackson Hospital
    1725 Pine Street
    Montgomery, Alabama 36106

21. Jane Logan
    Advantage Rehab Consulting, LLC
    P. O. Box 11761
    Montgomery, Alabama 3611

21. Any witness appearing on the Plaintiff's Witness List;

22. Any witness needed for rebuttal and/or impeachment purposes;

23. Any witness currently unknown who becomes known through further discovery.

## **EXHIBITS**

1. Accident Report;

2. Photos;

3. Vocational Assessment;

4. Depositions of Dr. David Herrick, and all exhibits from said depositions;

5. Deposition of Michael Davis, and all exhibits from said deposition;

6. Deposition of Ginger Dayton, and all exhibits from said deposition;

7. Deposition of John Willuam McKinney, III, and all exhibits from said deposition;

3

8. Deposition of Jane Logan, and all exhibits from said deposition;

9. CV and Expert report of Jane Logan

10. Defendant's discovery responses;

11. Plaintiff's discovery responses;

12. Dr. David Herrick Medical Records & Charges;

13. Dr. Tarek Nessouli Medical Records & Charges;

14. Dr. Michael Davis Medical Records & Charges;

15. Dr. Larry W. Epperson Medical Records & Charges;

16. Dr. Jesse Lii Haggerty, MD, PHD Medical Records & Charges;

17. Dr. Wesley Marner Medical Records & Charges;

18. Dr. Gertrude Nixon Medical Records & Charges;

19. Covenant Rehabilitation Medical Records & Charges;

20. Jackson Hospital & Clinic Medical Records & Charges;

21. Lakeview Community Hospital Medical Records & Charges;

22. Southern Bone & Joint Medical Records & Charges;

23. Jackson Hospital Medical Records & Charges;

24. Eufaula MRI Records & Charges;

25. Records & Charges from the Medicine Shoppe;

26. Ginger Dayton Employment Records from VistaCare

27. Accident Reports for Ginger Dayton's prior accidents

28. 911 Records

29. Records from PT Solutions

30. Any exhibit appearing on the Plaintiff's Exhibit List;

31. Any exhibit needed for rebuttal and/or impeachment purposes.

\s\ S. A. Bradley Baker, III
Christopher S. Rodgers
S. A. Bradley Baker, III

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
3 Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

Attorneys for the Defendant,
**J. B. HUNT TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

\s\ S. A. Bradley Baker, III
Of Counsel

**COUNSEL OF RECORD:**
Richard F. Horsley, Esq.
GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209