IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 3:07CV599-MEF |
| STEVEN CHAD TAGGART, et al.; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION IN LIMINE**

**COMES NOW** the Plaintiff, through counsel, and respectfully request an Order preventing and excluding the Defendant from offering, attempting to offer and/or discussing any of the following matters and/or issues at the trial of the above referenced case:

1. Any reference to the Plaintiff's character, past crimes, wrongs or acts. Evidence of one's character, past crimes, wrongs or acts is inadmissable to prove the character of the person in order to show action in conformity therewith. FRCP 404(a)(b).

2. Any testimony, reference or discussion related to documents which are not property authenticated and admitted into evidence.

3. Any reference or discussion about previous injuries and/or medical conditions, which arose before the date of this accident, which the Defendant has not shown through sworn medical testimony to have contributed to the Plaintiff's current physical condition.

**WHEREFORE**, Plaintiff respectfully requests an Order granting the Plaintiff's Motion in Limine.

        Respectfully submitted,

        __/s/ Richard F. Horsley__
        **Richard F. Horsley    HOR023**
        **Attorney for Plaintiff**

**OF COUNSEL:**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Motion on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 28th day of July, 2008.

**Christopher Rogers, Esquire**
**Huie, Fernambucq & Stewart**
**Three Protective Center, Suite 200**
**2801 Hwy 280 South**
**Birmingham, Alabama 35223-2484**

        **/s/ Richard F. Horsley**
        **OF COUNSEL**