IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GINGER DAYTON, an individual;    )
          )
      **Plaintiffs,**      )
          )
**vs.**          )    **Civil Action No.: 3:07CV599-MEF**
          )
STEVEN CHAD TAGGART, et al.;    )
          )
      **Defendants.**    )

## OFFER OF JUDGMENT

COME NOW Defendants **J. B. Hunt Transportation, Inc.,** ("**J. B. Hunt**") and **Steven Chad Taggart** (hereinafter jointly referred to as "Defendants"), by and through counsel, and pursuant to Rule 68 of the *Federal Rules of Civil* Procedure, and make this offer of judgment in the amount of $225,000.00 (two hundred twenty-five thousand and no/100 dollars) plus allowable costs of Court accrued.  If not accepted within ten (10) days from this date, Defendants reserve all rights to recover costs incurred in connection with the defense and handling of this case from this date.  Specifically, Defendants reserve the right to recover costs, fees and expenses incurred in defense of this litigation, including but not limited to attorney fees, and expenses, independent consultant fees and expenses, court reporter fees and expenses, Court costs and any other costs or expenses incurred in the defense of this litigation.

Respectfully submitted,

\s\ S. A. Bradley Baker, III
Christopher S. Rodgers
S. A. Bradley Baker, III

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
3 Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223
(205) 251-1193

Attorneys for the Defendant,
**J. B. HUNT TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on ___July 29, 2008___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

\s\ S. A. Bradley Baker, III
Of Counsel

**COUNSEL OF RECORD:**
Richard F. Horsley, Esq.
GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209