# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

#### POST OFFICE BOX 711

##### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
TELEPHONE:
CLERK
334 954-3600

July 30, 2008

# NOTICE

**TO:   ALL COUNSEL OF RECORD:**

**You are hereby notified that the jury list and jurors' profiles for the term of court beginning 8/11/2008  will be available at 3:30 p.m. on 8/8/2008,  in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are CONFIDENTIAL DOCUMENTS and should be treated as such.  The information will now be provided in electronic media (disc) only.   Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.**

**The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at www.almd.uscourts.gov).**

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Ginger Dayton** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  3:07CV599-MEF** |
| | ) | |
| **J.B. Hunt Transport, Inc., et al.** | ) | |
| **Defendant.** | ) | |

**JUROR QUESTIONNAIRE CERTIFICATION**

I, _____, counsel for _____, do

hereby  certify that I will keep confidential the information contained in the juror questionnaires

and that I agree to be responsible for their receipt, review, maintenance, and  destruction.  No

copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.

Upon completion of the empaneling of the jury I will ensure that all copies  (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of  the jurors selected to

serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any

dissemination of juror information, either intentional or negligent, will subject me and my client

to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror

questionnaires and certify that they will keep confidential the information contained in the juror

questionnaires.

**Signature of Counsel of Record:** _____
**Printed Name of Counsel of Record:**  _____
**Date:** _____

**If applicable, signature of Person Obtaining Questionnaires:** _____
**Printed Name of Person Obtaining Questionnaires:** _____
**Date:** _____