**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **GINGER DAYTON, an individual;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.:** |
| | ) | **3:07CV599-MEF** |
| **STEVEN CHAD TAGGART, et al.;** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

 **COMES NOW** the Plaintiff, Ginger Dayton, in the above-styled case and requests this

Honorable Court to add the name of Walter B. Calton as co-counsel for the Plaintiff, Ginger Dayton.


 /s/ Walter Calton
 **Walter B. Calton (CAL036)**
 **Attorney for Plaintiff**



 /s/ Richard F. Horsley
 **Richard F. Horsley (HOR023)**
 **Attorney for Plaintiff**

**OF COUNSEL:**
**Walter B. Calton**
**Attorney at Law**
**312 East Broad Street**
**Eufaula, Alabama   36027**
**(334) 687-2407**
**Email: wcalton@bellsouth.net**

**Richard F. Horsley    HOR032**
**KING, HORSLEY & LYONS**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama  35209**
**(205) 871-1310**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 6th day of August, 2008.

/s/ **Richard F. Horsley**
**OF COUNSEL**

/s/ **Walter Calton**
**OF COUNSEL**

**Christopher Rogers**
**Huie, Fernambucq & Stewart**
**Three Protective Center, Suite 200**
**2801 Hwy 280 South**
**Birmingham, Alabama 35223-2484**