IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-599-MEF |
| ) | |
| J.B. HUNT TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That trial set for August 11, 2008 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before August 29, 2008.

DONE this the 8th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE