IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GINGER DAYTON, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 3:07CV599-MEF |
| STEVEN CHAD TAGGART, et al.; ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL

The Plaintiff, **GINGER DAYTON**, and Defendants, **J. B. HUNT TRANSPORT, INC., AND STEVEN CHAD TAGGART**, by and through their respective attorneys hereby stipulate that the Court is to enter an Order dismissing **J.B. HUNT TRANSPORT, INC., AND STEVEN CHAD TAGGART** from this cause with prejudice, with each party bearing their own costs. Plaintiff will satisfy any outstanding liens or subrogation interests.

Respectfully submitted,

\s\ Christopher S. Rodgers
Christopher S. Rodgers (ROD008)
Attorney for Defendants
**J. B. HUNT TRANSPORT, INC. and
STEVEN CHAD TAGGART**

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone:  (205) 251-1193
Telecopier: (205) 251-1256

        \s\ Richard F. Horsley
        Richard F. Horsley
        Attorney for Plaintiff,
        **GINGER DAYTON**

GOOZEE, KING & HORSLEY
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **GINGER DAYTON, an individual;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **3:07CV599-MEF** |
| **STEVEN CHAD TAGGART, et al.;** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

The Court having been informed that this case is now settled, and a Joint Stipulation of Dismissal having been filed by Plaintiff and Defendants, it is the ORDER, JUDGMENT, AND DECREE of this Court that this lawsuit is dismissed as to all counts against Defendants, **J. B. HUNT TRANSPORT, INC., AND STEVEN CHAD TAGGART** with prejudice, each party to bear its own costs of court.

                                                    FEDERAL COURT JUDGE

cc:    Richard F. Horsley, Esquire
         Christopher S. Rodgers, Esquire